# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK DUNN,** | )<br>) |
| Plaintiff, | )<br>) CIVIL ACTION NO. |
| v. | )<br>) 1:18-cv-00077-HSO-JCG |
| **TACO BELL OF AMERICA, LLC** | ) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby give notice to the Court that they have resolved this matter. The parties therefore stipulate the case is dismissed with prejudice and each party will bear its own costs.

Respectfully submitted on May 6, 2019.

Respectfully submitted,

/s/ Pshon Barrett
Pshon Barrett (MS Bar No. 2071)
Bradley D. McAdory (MS Bar No. 10545)
Attorneys for Disabled Americans Group LLC
4001 Carmichael Road, Suite 570
Montgomery, AL 36106
*Attorneys for Plaintiff*

s/ bbiggs@bislawyers.com
Robert A. Biggs, III (MS Bar No. 2541)
Biggs, Ingram & Solop, PLLC
111 Capitol Building
111 East Capitol Street, Suite 101
Jackson, MS 39201
Email: bbiggs@bislawyers.com
*Attorney for Defendant*